UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON BARTON, JR. | ) | CASE NO. 1: 16 CV 2652 |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| CREDIT ONE BANK, N.A., | ) | AND ORDER |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr.(ECF #35) Magistrate Judge Baughman met with counsel in an attempt to resolve outstanding discovery disputes. When the parties could not agree on a resolution, Magistrate Judge Baughman held a hearing and issued his Report and Recommendation on August 31, 2017, resolving the discovery disputes and setting a discovery cutoff date of November 29, 2017 and a dispositive motion date of December 29, 2017.

No Objections were filed to the Magistrate Judge's Report and Recommendation.

The Court has reviewed the Report and Recommendation case *de novo*. *See Delgado v. Bowen*, 782 F.2d 79 (7th Cir. 1986). The Report and Recommendation (ECF #35) is hereby ADOPTED in its entirety. IT IS SO ORDERED.

Donald C. Nugent
DONALD C. NUGENT
United States District Court

DATED October 5, 2017