UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLTON BARTON, JR., | ) CASE NO. 16CV2652 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) |
| CREDIT ONE FINANCIAL d/b/a CREDIT ONE BANK, | ) JUDGMENT |
| Defendant. | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this judgment entry, Credit One Financial d/b/a Credit One Bank's Motion for Summary Judgment (ECF #47), is GRANTED.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: April 27, 2018